1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL A. MILLER,

                        Petitioner,

             v.

STATE OF CALIFORNIA, et al.,

                        Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 09-4837 R(JC)


ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

1    IT IS ALSO ORDERED that the Clerk of the Court shall refer the Petition
2  to the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit")
3  pursuant to Ninth Circuit Rule 22-3(a).
4    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
5  Report and Recommendation, and the Judgment herein on petitioner and counsel
6  for respondent.
7    LET JUDGMENT BE ENTERED ACCORDINGLY.
8
9  DATED:   __August 5, 2009___
10
11  _____
12             HONORABLE  MANUEL L. REAL
             UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28